IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CASEY FRAZIER,**

    **Plaintiff,**

v.                            **CASE NO: 4:20-cv-00593-AW-MJF**

**PONDSCO FACILITY SERVICES, LLC, f/k/a XENOCOM FACILITY MANAGEMENT, LLC,**

    **Defendant.**
_____/

**JOINT NOTICE STIPULATING TO ORDER GRANTING MOTION
TO STAY PROCEEDINGS AND COMPEL ARBITRATION**

Plaintiff, Casey Frazier, and Defendant, Pondsco Facility Services, LLC f/k/a Xenocom Facility Management, LLC, file this notice to the Court of the parties' agreement to an order staying the case and compelling arbitration, consistent with the motion filed by Defendant, ECF No. 2.

1

Respectfully submitted this 7th day of January 2021.

| | |
|---|---|
| */s/ Erika E. Goodman* <br> **ERIKA E. GOODMAN** <br> FL Bar No.: 060951 <br> MARIE A. MATTOX, P.A. <br> 203 North Gadsden St. <br> Tallahassee, FL 32301 <br> (850) 383-4800 (telephone) <br> (850) 383-4801 (facsimile) <br> Erika@erikagoodmanlaw.com <br> *Attorney for Plaintiff, Casey Frazier* | */s/ Keith L. Bell, Jr.* <br> **KEITH L. BELL, JR.** <br> Fla. Bar No.: 573809 <br> **TREVOR A. THOMPSON** <br> Fla. Bar No.: 68006 <br> CLARK PARTINGTON <br> 106 East College Avenue, Suite 600 <br> Tallahassee, FL 32301 <br> Telephone: (850) 597-7483 <br> Facsimile: (850) 597-7591 <br> tthompson@clarkpartington.com <br> kbell@clarkpartington.com <br> hrice@clarkpartington.com <br> *Attorneys for Defendant, Pondsco Facility Services, LLC, f/k/a Xenocom Facility Management, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January 2021, a true and correct copy of the foregoing has been furnished electronically through the CM/ECF portal, to the following:

| | |
|---|---|
| Erika E. Goodman, Esq. <br> Marie A. Mattox, Esq. <br> Marie A. Mattox, P.A. <br> 203 North Gadsden Street <br> Tallahassee, Florida 32303 <br> marie@mattoxlaw.com <br> marlene@mattoxlaw.com <br> michelle@mattoxlaw.com <br> *Attorney for Plaintiff* | |

                                                */s/ Keith L. Bell, Jr.* <br>
                                                **KEITH L. BELL, JR.**