## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CASEY FRAZIER,**

    **Plaintiff,**

**v.**                                                                                      **Case No. 4:20-cv-593-AW-MJF**

**PONDSCO FACILITY SERVICES, f/k/a**
**XENOCOM FACILITY**
**MANAGEMENT, LLC,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of voluntary dismissal with prejudice.

ECF No. 11. The stipulation is effective without an order. *See* Fed. R. Civ. P.

41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir.

2012). This order confirms that the case has been dismissed. The clerk will close the

file.

    SO ORDERED on April 5, 2021.

                        s/ *Allen Winsor*_____
                        United States District Judge